UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CURTIS L. PRUITT,

    Petitioner,

v.

D. BERKEBILE, *Warden*,

    Respondent.

Civil Action No. 7:11-00119-HRW

**JUDGMENT**

\*\*\*\*\* \*\*\*\*\* \*\*\*\*\* \*\*\*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES**:

(1) Judgment **IS ENTERED** in favor of the Respondent, D. Berkebile, Warden of the United States Penitentiary-Big Sandy, located in Inez, Kentucky.

(2) This is a **FINAL and APPEALABLE ORDER** and there is no just cause for delay.

(3) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3);

(4) This matter **IS STRICKEN** from the Court's active docket.

This 16th day of August, 2011.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge